## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

JOE BILHIMER,                               )
                                            )
    Plaintiff, individually and on behalf    )
    of all others similarly situated,        )
                                            )        Case No. 2:19-cv-2248
v.                                          )
                                            )
STATE FARM MUTUAL AUTOMOBILE                )
INSURANCE COMPANY; AUDATEX                  )
NORTH AMERICA, INC.; EXPLORE                )
INFORMATION SERVICES, LLC; and              )
SOLERA HOLDINGS, INC.,                      )
                                            )
    Defendants.               )

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Alexandra Block be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion and the Pro Hac Vice Electronic Filing Registration Form, and have sent a proposed order granting this motion to chamber's email address.  I have also verified that the information contained in the affidavit is true and accurate.

Respectfully submitted,


/s/ *William P. Denning*
William P. Denning,          KS #21560
Sanders Warren Russell & Scheer LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Telephone:     (913) 234-6100
Facsimile:      (913) 234-6199
w.denning@swrsllp.com

Paul T. Fox (*pro hac vice forthcoming*)
Alexandra J. Block (*pro hac vice forthcoming*)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone:     (312) 456-8400
Facsimile:      (312) 456-8435
foxp@gtlaw.com
blocka@gtlaw.com
***ATTORNEYS FOR DEFENDANTS***
***AUDATEX NORTH AMERICA, INC.,***
***EXPLORE INFORMATION SERVICES, LLC***
***and SOLERA HOLDINGS, INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of June, 2019, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

Thomas A. Rottinghaus
Tyler W. Hudson
Eric D. Barton
Sarah Ruane
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
trottinghaus@wcllp.com
thudson@wcllp.com
ebarton@wcllp.com
sruane@wcllp.com
***ATTORNEYS FOR PLAINTIFF***

/s/ *William P. Denning*
Attorney