IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOE BILHIMER, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; AUDATEX NORTH AMERICA, INC.; EXPLORE INFORMATION SERVICES, LLC; and SOLERA HOLDINGS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:19-cv-02248-CM-KGG<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF SETTLEMENT**

  The parties, by counsel, hereby notify the Court that they have reached a resolution of this matter on an individual basis. The parties are in the process of documenting that resolution and anticipate that the Complaint will be dismissed shortly thereafter. No additional work on any of the pending motions is necessary.

Dated:  September 20, 2019    Respectfully submitted,

                *s/ Tyler W. Hudson (with permission)*
                Tyler W. Hudson (KS Bar No. 20293)
                Eric D. Barton (KS Bar No. 16503)
                Attorneys for Plaintiff
                WAGSTAFF & CARTMELL LLP
                4740 Grand Avenue, Suite 300
                Kansas City, MO 64112
                phone: (816) 701-100
                facsimile: (816)531-2372
                ebarton@wcllp.com
                thudson@wcllp.com

*s/ Jeremy A. Moseley*
Jeremy A. Moseley
Bar No. 22179
Attorney for Defendant State Farm Mutual
Automobile Insurance Company
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   moseley@wtotrial.com


*s/ Paul T. Fox (with permission)*
Paul T. Fox (admitted pro hac vice)
Alexandra J. Block (admitted pro hac vice)
Attorneys for Defendants Audatex North America, Inc., Explore Information Services, LLC; and Soleral Holdings, Inc.
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60606
P: 312-456-8400
F: 312-899-0313
foxp@gtlaw.com
blocka@gtlaw.com

William P. Denning
SANDERS WARREN RUSSELL & SCHEER, LLP
9401 Indian Creek Parkway, Suite 1250
Overland Park, KS 66210
P: (913) 234-6100
F: (913) 234-6199
w.denning@swrsllp.com

2

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on September 20, 2019, I electronically filed the foregoing **Notice of Settlement** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Eric D. Barton**
  ebarton@wcllp.com,p.bradshaw@wcllp.com

- **Alexandra J. Block**
  blocka@gtlaw.com,jankiewiczk@gtlaw.com

- **William P. Denning**
  w.denning@swrsllp.com,j.howard@swrsllp.com

- **Paul T. Fox**
  foxp@gtlaw.com

- **Tyler W. Hudson**
  thudson@wcllp.com,p.bradshaw@wcllp.com

- **Jeremy A. Moseley**
  moseley@wtotrial.com,kern@wtotrial.com

- **Thomas A. Rottinghaus**
  trottinghaus@wcllp.com,hcharney@wcllp.com

- **Sarah S. Ruane**
  sruane@wcllp.com,bdacus@wcllp.com

*s/ Jeremy A. Moseley*